OPINION — AG — ** FIXTURES — COURT FUND ** UNDER THE PROVISIONS OF 62 O.S. 323 [62-323] (NOW REPEALED BY LAWS 1968) AUTHORIZING THE USE OF COURT FUND FOR "EXPENSES" INCLUDING "FURNITURE AND FIXTURES" FURNISH FULL AUTHORITY FOR THE EXPENDITURES OF THE COURT FUND IN REPAIR OF SUCH FURNITURE AND FIXTURES. (COURTROOM FURNITURE, REPAIR, MAINTENANCE) CITE: 62 O.S. 323 [62-323] (SAM H. LATTIMORE)